**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIET VAN NGUYEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THERESA CISNEROS, Warden,<br><br>　　　　Respondent. | Case No. ED CV 21-1638 FMO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1 | IT IS ORDERED that Judgment be entered denying the petition
2 | and] dismissing this action with prejudice.

DATE: February 28, 2022

/s/
_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

2