JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KIET VAN NGUYEN,

        Petitioner,

        v.

THERESA CISNEROS, Warden,

        Respondent.

Case No. ED CV 21-1638 FMO (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: February 28, 2022

/s/
_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE